IN THE MATTER OF MICHAEL J. HYNDA,
AN ATTORNEY-AT-LAW.

Argued May 22, 1962—Decided June 29, 1962.

*Mr. Frederick C. Vonhof,* for the order.

*. .Mr. Frederick B. Lacey* argued the cause for respondent
(*Messrs. Shanley & Fisher,* attorneys).

The opinion of the court was delivered

PER CURIAM. Respondent, on a plea of *nolo contendere,*
was convicted of willful failure to file a federal income-tax
return in violation of *section* 7203, Internal Revenue Code

of 1954, 26 *United States Code*. He was placed on probation for three years.

On the argument of the order to show cause before us, respondent submitted an affidavit asserting mitigating facts. It is difficult to evaluate *ex parte* presentations of that kind. Such data should be offered before the Ethics Committee as part of the proceedings before it, and there be subjected to appropriate examination. We appreciate that the practice in this regard has not been uniform and hence respondent is not chargeable with a breach of proper procedure. The matter will be referred to the Ethics Committee for a hearing on the alleged extenuating matters, the testimony and the Committee's findings to be returned to us. Thereupon we will determine the measure of discipline to be imposed. Meanwhile, respondent is suspended from the practice of law until the further order of the court.

*For suspension and remandment*—Chief Justice WEIN-TRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*Opposed*—None.